**DENY and Opinion Filed November 22, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00359-CV**

**IN RE JBS CARRIERS, INC., AND CONNIE THOMAS, Relators**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09792**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

In this original proceeding, relators challenge the trial court's denial of their special exceptions and motion for protection. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition and the record, we conclude that relators have failed to show their entitlement to the relief requested.

Accordingly, we deny the petition for writ of mandamus.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210359F.P05